[No. 11973–1–II.   Division Two.   July 18, 1989.]

*In the Matter of* ROBERT K. BRASH.

Appeal from a judgment of the Superior Court for Kitsap County, No. 87–8–00523–6, Leonard W. Costello, J. Pro Tem., entered April 27, 1988. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 11990–1–II.   Division Two.   July 18, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JIMMY HERBERT DEES, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88–1–00014–1, Robert H. Peterson, J., entered April 28, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Reed, J.

[No. 11338–4–II.   Division Two.   July 18, 1989.]

*In the Matter of the Marriage of* SALLY ANN HIPP, *Respondent, and* ROBERT SANDER HIPP, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 87–2–00160–9, Richard A. Strophy, J., entered August 31, 1987. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Reed, J.

[No. 12003–8–II.   Division Two.   July 18, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CLIFFORD DUANE MOODY, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 87–1–00431–4, Milton R. Cox, J., entered April 7, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and Shields, J.